Holly A. Vance
Assistant Attorney General
1116 W. Riverside
Spokane, WA 99201
(509) 456-6103

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 2 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Honorable Edward F. Shea

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUZANNE ANDERSON, a married woman, | NO. CS-02-0402 EFS |
| Plaintiff, | STIPULATED JUDGMENT |
| v. | |
| STATE OF WASHINGTON and WASHINGTON STATE UNIVERSITY, | |
| Defendants. | |

1    Judgment Summary (RCW 4.64.030):

2    <u>Judgment Creditor</u>: SUZANNE ANDERSON

3    <u>Judgment Creditor's Attorney</u>: JEFFRY K. FINER

4    <u>Judgment Debtor</u>: STATE OF WASHINGTON

5    <u>Judgment Amount</u>: $44,000.00 (FORTY-FOUR THOUSAND DOLLARS)

6    <u>Pre-Judgment Interest</u>: NONE

7    <u>Post-Judgment Interest</u>: NONE

8    <u>Taxable Costs and Attorneys' Fees</u>: $10,000.00 (TEN THOUSAND DOLLARS)

9        THIS MATTER having come on regularly before the undersigned judge of the above-entitled court; and the Plaintiff, SUZANNE ANDERSON, acting by and through her attorney, Jeffry K. Finer, and the Defendant, State of Washington, acting by and through Rob McKenna, Attorney General, and Holly A. Vance, Assistant Attorney General; and these parties having made a stipulation pursuant to RCW 4.92.150 settling and compromising this action, and it appearing to the court, after a review of the files and records herein that the above sums are proper and just amounts of settlement to be paid by the Defendant, State of Washington; and the court being fully advised, now, therefore,

        IT IS HEREBY ORDERED That the Plaintiff, SUZANNE ANDERSON, shall have judgment against the Defendant, State of Washington, for the sum of $44,000.00 (FORTY-FOUR THOUSAND DOLLARS).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That Plaintiff's attorney shall be paid $10,000.00 (TEN THOUSAND DOLLARS) costs and fees.

DONE IN OPEN COURT this _12th_ day of _May_, 2005.

_____
JUDGE

Presented by:

ROB MCKENNA
Attorney General


_Holly A. Vance_
HOLLY A. VANCE, WSBA #29521
Assistant Attorney General
Attorneys for Defendants State of Washington and Washington State University

Stipulated to and Approved for Entry and Notice of Presentation Waived:


_____
JEFFRY K. FINER, WSBA#14610
Attorney for Plaintiff